# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-4874 MRW | Date | October 23, 2017 |
|---|---|---|---|
| Title | Cabrera v. Wal-Mart Stores | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE

1. In July, the parties informed the Court that this civil action had been settled and that the action would be dismissed within a month. (Docket # 29.) On that basis, the Court vacated the pending trial date. (Docket # 30.)

2. Despite several informal calls from the Clerk, the parties have not followed through on their promise to dismiss the action. It therefore remains active on the federal docket. Regretfully, because the lawyers have not responded to informal measures, more formal ones must be used to finish the case off.

3. So, the parties and their trial attorneys are ORDERED to show cause why sanctions should not be imposed under Federal Rule of Civil Procedure 11 and 41 for failure to prosecute the action. Lead counsel for each side will be required to appear before Judge Wilner on November 15 at 9:30 a.m. to respond to this OSC. **Alternatively**, the matter may be discharged with no further consequence by filing a dismissal request by no later than November 3.